UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

In re:   John Leslie Johnson, Sr.              Case No.  11-61696
         Yulita Maria Johnson                  Chapter 13

         Debtor(s)

## SPECIAL NOTICE TO SECURED CREDITOR

To:    Sperry Marine Credit Union
       *Name of Creditor*

       2006 Ford Ranger
       *Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   [ X ]   To value your collateral. *See Section 3 of the plan.* Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   [ X ]   To change the terms of the loan. *See Section 3 of the plan.* Your lien will be limited to the current outstanding balance plus interest at a rate of 5 percent to be paid over months 3-60.

   [ ]     To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. *See Section 7 of the plan.* All or a portion of the amount you are owed will be treated as an unsecured claim.

2. *You should read the attached plan carefully for the details of how your claim is treated.* The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:   Sept. 9, 2011

Date and time of confirmation hearing:   Sept. 19, 2011 @ 9:30 am

Place of confirmation hearing:   U.S. Courthouse, 255 West Main Street, Room 200
                                  Charlottesville VA 22902

                                  JOHN LESLIE JOHNSON, SR.
                                  YULITA MARIA JOHNSON

                                  By:/s/ Marshall M. Slayton
                                  *Signature*

                                  [X] Debtor's Attorney
                                  [ ] Pro se debtor

1

<u>Marshall M. Slayton, Esq.</u>
*Name of attorney for debtor(s)*

<u>420 Park Street, Charlottesville VA 22902</u>
*Address of attorney [or pro se debtor]*

Tel. # <u>(434) 979-7900</u>  Fax # <u>(434) 294-5017</u>

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

(XX)   first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

(  )   certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P.

on this __6__ day of __July__, 2011.

/s/ Marshall M. Slayton
*Signature of attorney for debtor(s)*