UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG (CHARLOTTESVILLE) DIVISION

In Re:     John Leslie Johnson, Sr.           Chapter 13
           Yulita Maria Johnson               Case No. 11-61696

           Debtors.

## NOTICE AND OPPORTUNITY FOR HEARING
## REGARDING DEBTORS' PROPOSED ADEQUATE PROTECTION PAYMENTS
## PURSUANT TO WESTERN DISTRICT BANKRUPTCY STANDING ORDER #9

The Debtors, by Counsel, state as follows:

On July 5, 2011, the Debtors filed in this Court a Petition under Chapter 13 of the United States Bankruptcy Code.

The Debtors' proposed Chapter 13 Plan dated June 29, 2011 proposes that the Chapter 13 Trustee make monthly adequate protection payments in the following amounts beginning in the first month of the proposed plan.

| Creditor | Payment Amount | Duration of Payments |
| --- | --- | --- |
| Sperry Marine Credit Union | $75.30 | 2 months |

The proposed adequate protection payment(s) are less than the regular contractual payment(s) due to the secured creditor(s) noted above.

Pursuant to STANDING ORDER #9 entered 12/15/06 by the Chief Judge of the Bankruptcy Court for the Western District of Virginia, the secured creditor(s) named above have 14 days from the date of the service of this notice, as noted in the certificate of service herein, to file an objection to said notice with the United States Bankruptcy Court, 1101 Court Street, Lynchburg, Virginia 24505 and serve a copy of the same upon the Counsel for the Debtors at the address given below

WHEREFORE, your Debtors notice the creditor that unless the creditor objects, and sets that objection for hearing, to the Proposed Adequate Protection Payment within 14 days of date of service of this Notice, the creditor is deemed pursuant to Local Standing Order No. 9 to have stipulated its agreement to the payments provided in this notice and the Trustee is authorized to begin disbursements once a claim has been filed.

Respectfully submitted,

JOHN LESLIE JOHNSON, SR.
YULITA MARIA JOHNSON

By counsel

3

　　/s/ Marshall M. Slayton
MARSHALL M. SLAYTON, VSB # 37362
BOYLE, BAIN, REBACK & SLAYTON
420 Park Street
Charlottesville, VA  22902
Phone:  (434) 979-7900
Counsel for Debtors

## CERTIFICATE OF SERVICE

I hereby, certify that I have this date mailed a true copy of the foregoing pleading to all affected creditors in compliance with Bankruptcy Rule 7004(b), (c), or (h), as applicable, on ___7/6/11___.

　　　　　　　　　　　　　　　　　　　　　　/s/ Marshall M. Slayton
　　　　　　　　　　　　　　　　　　　　　　Marshall M. Slayton

4